# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dolinger, Michael H. | United States District Court, Southern District of New York | 05/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination     Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐   Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
Room 1670
500 Pearl Street
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | publishing royalties -- South Carolina University |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA - Fidelity Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 2. IRA - Fidelity Magellan Fund | A | Dividend | K | T | | | | | |
| 3. Arvest securities account (see below) | | | | | | | | | |
| 4. Royal Dutch Shell stock | C | Dividend | | | Sold | 09/12/14 | K | D | |
| 5. DBS Group Holdings stock | B | Dividend | J | T | | | | | |
| 6. Akt N Schweizerrische Ruckversicherungs stock | A | Dividend | K | T | | | | | |
| 7. Rabobank Euro Med. Terms Notes | C | Interest | J | T | | | | | |
| 8. Arvest Privatbank cash | A | Interest | J | T | | | | | |
| 9. 3 1/2% Rabobank Nederland NV 2004-06/10/09 | A | Interest | K | T | | | | | |
| 10. 9 1/4 Kreditanstalt Fuer Weideraufbau 2007-08.05.09 | A | Interest | K | T | | | | | |
| 11. 5.2% Rabobank Nederland Utrecht 28/8/07 | B | Interest | L | T | | | | | |
| 12. Rabobank 4% 2009-29.05.13 | A | Interest | K | T | | | | | |
| 13. Stora Enso stock | A | Dividend | | | Sold | 11/21/14 | J | A | |
| 14. Zurich Fin. Services stock | A | Dividend | J | T | | | | | |
| 15. Hoya Corp. stock | A | Dividend | | | Sold | 01/06/14 | K | A | |
| 16. Mindray Med. Intl stock | A | Dividend | | | Sold | 11/24/14 | J | A | |
| 17. Yingli Green Energy Holding Co. stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 5 5/8% Siemens 2006-16.03.16 coupons | B | Interest | K | T | | | | | |
| 19. 3% China Green Hldgs) Ltd. 2010-12.04/12.10 | A | Interest | J | T | | | | | |
| 20. ING 401k (see below) (s) | | | | | | | | | |
| 21. Oppenheimer Dev. Mkts. Fund | A | Dividend | J | T | | | | | |
| 22. Ariel Appreciation Fund | A | Dividend | J | T | | | | | |
| 23. Baron Growth Fund | A | Dividend | J | T | | | | | |
| 24. ING T Rowe Price Growth Equity Portfolio | D | Dividend | K | T | | | | | |
| 25. Fidelity VIP Contrafund Portfolio | A | Dividend | J | T | | | | | |
| 26. Growth Fund of America (Capital Group Cos.) | A | Dividend | K | T | | | | | |
| 27. ING Van Kampen Comstock Portfolio | D | Dividend | K | T | | | | | |
| 28. Washington Mut. Investors FundSM (sponsor American Funds) | A | Dividend | J | T | | | | | |
| 29. Pax World Blanaced Fund | A | Dividend | J | T | | | | | |
| 30. American Balanced Fund (sponsor T Rowe Price) | A | Dividend | J | T | | | | | |
| 31. ING VP Strategic Alloc. Growth Portfolio | A | Dividend | J | T | | | | | |
| 32. ING VP Strategic Alloc. Inc. Portfolio | A | Dividend | J | T | | | | | |
| 33. Pioneer High Yield Fund | A | Interest | J | T | | | | | |
| 34. ING PIMCO Total Return Port. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   ING Solution 2035 Port. | A | Dividend | K | T | | | | | |
| 36.   ING Solution Income Port. | A | Dividend | K | T | | | | | |
| 37.   ING Thornburg Val. Port. | D | Dividend | K | T | | | | | |
| 38.   ING UBS US Large Cap. Equities | D | Dividend | K | T | | | | | |
| 39.   ING T Rowe Price Equities Inv. | D | Dividend | K | T | | | | | |
| 40.   ING Baron Small Cap. Growth | C | Dividend | K | T | | | | | |
| 41.   ING FMR Diversified Mid, Cap. | C | Dividend | K | T | | | | | |
| 42.   ING Oppenheimer Global Port. | D | Dividend | K | T | | | | | |
| 43.   Wachovia (Wells Fargo) Invest. Account (see below) | | | | | | | | | |
| 44.   Chevron Corp. stock | B | Dividend | K | T | | | | | |
| 45.   Coach Inc. stock | A | Dividend | J | T | | | | | |
| 46.   Huntington Exploration stock | A | Dividend | J | T | | | | | |
| 47.   ING Group 7.05% Perp. Pfd | A | Interest | J | T | | | | | |
| 48.   MetLife 5.875% SR NTS due 11/21/33 | A | Interest | J | T | | | | | |
| 49.   Morgan Stanley 6.25% TR Pfd | A | Interest | J | T | | | | | |
| 50.   Nuveen NY Sel. Muni. Fund | A | Interest | J | T | | | | | |
| 51.   Nuveen NY Mun. Value Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wachovia (Wells Fargo) money market | A | Interest | J | T | | | | | |
| 53. Highland Floating Rate Fund | A | Interest | K | T | | | | | |
| 54. Wachovia (Wells Fargo) IRA Account (see below) | | | | | | | | | |
| 55. Ameren Corp. stock | A | Dividend | J | T | | | | | |
| 56. BP Plc stock | A | Dividend | J | T | | | | | |
| 57. Coca Cola Co. stock | A | Dividend | J | T | | | | | |
| 58. Walt Disney Co. stock | A | Dividend | J | T | | | | | |
| 59. Exxon Mobil Corp. stovk | A | Dividend | K | T | | | | | |
| 60. OGE Energy Corp. stovk | B | Dividend | K | T | | | | | |
| 61. Piedmont Natural Gas stock | A | Dividend | K | T | | | | | |
| 62. CBTCS Goldman Sachs 6% due 2/15/34 | A | Interest | J | T | | | | | |
| 63. Citigroup Cap. 7.125% Pfd due 7/31/31 | B | Interest | K | T | | | | | |
| 64. Merrill Lynch Cap. 7.28% Trust V | A | Interest | J | T | | | | | |
| 65. Morgan Stanley 6.25% Pfd. due 3/1/33 | A | Interest | J | T | | | | | |
| 66. Morgan Stanley 7.25% Tr. Pfd due 7/31/06 | B | Interest | K | T | | | | | |
| 67. Tel & Data Systems SR NOte Ser. A due 12/01/41 | A | Interest | J | T | | | | | |
| 68. Highland Floating Rate Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wachovia (Wells Fargo) IRA Account (s) (see below) | | | | | | | | | |
| 70. Alliance Bernstein Port. Balanced Wealth Strategy | A | Dividend | K | T | | | | | |
| 71. Goldman Sachs Equity Growth Fund | A | Dividend | J | T | | | | | |
| 72. Lord Abbett Value Oppenheimer Fund | A | Dividend | J | T | | | | | |
| 73. J.P. Morgan Intrepid Am. Fund | A | Dividend | J | T | | | | | |
| 74. Additions to Arvest holdings | | | | | | | | | |
| 75. Fanuc Corp. stock | A | Dividend | J | T | | | | | |
| 76. Vale SA pf. | A | Interest | J | T | | | | | |
| 77. Nong Shim Co. stock | A | Dividend | J | T | | | | | |
| 78. Deutsche Telecom | A | Interest | | | Sold | 11/24/14 | K | A | |
| 79. Newcrest Mining | A | Dividend | | | Sold | 11/25/14 | J | A | |
| 80. Krones AG | A | Dividend | J | T | | | | | |
| 81. Gazprom SP | A | Dividend | K | T | | | | | |
| 82. Tesco PLC | A | Dividend | K | T | | | | | |
| 83. Akt. N UBS | A | Dividend | K | T | | | | | |
| 84. Barrick Gold | A | Dividend | K | T | | | | | |
| 85. Akt. N Zurich Insurance Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nestle SA | A | Dividend | K | T | | | | | |
| 87. GS Roche Hollding Ltd. | A | Dividend | K | T | | | | | |
| 88. SHS Johnson & Johnson | A | Dividend | K | T | | | | | |
| 89. Akt. Canon Inc. | A | Dividend | J | T | | | | | |
| 90. Tesco PLC | A | Dividend | K | T | | | | | |
| 91. additional Wells Fargo secs. acct. | | | | | | | | | |
| 92. AT&T stock | A | Dividend | J | T | | | | | |
| 93. John Deere stock | A | Dividend | J | T | | | | | |
| 94. Ford Motor | A | Dividend | J | T | | | | | |
| 95. Procter & Gamble | A | Dividend | J | T | | | | | |
| 96. additional Wells Fargo IRA | | | | | | | | | |
| 97. NY Community Bank | A | Dividend | J | T | | | | | |
| 98. Pitney Bowes | A | Dividend | J | T | | | | | |
| 99. more Arvest | | | | | | | | | |
| 100. Geox SPA | A | Dividend | J | T | | | | | |
| 101. Hoya Corp. | A | Dividend | | | Sold | 01/06/14 | K | A | |
| 102. KFW 7.5% Notes (12-3-15) | B | Interest | | | Sold | 10/20/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Banco Santandar | A | Dividend | J | T | | | | | |
| 104. Hyundai | A | Dividend | | | Sold | 05/09/14 | K | D | |
| 105. ETF HSBC Latin America | A | Dividend | J | T | | | | | |
| 106. Deutsche Bahn 3.375% | A | Interest | | | Sold | 07/17/14 | K | A | |
| 107. Daimler Int. | A | Dividend | | | Sold | 07/17/14 | K | A | |
| 108. Hyundai (see # 105) | A | Dividend | | | Sold | 03/31/14 | K | D | |
| 109. I Shares Latin AmericA Index | A | Dividend | J | T | | | | | |
| 110. Mitsubishi 2.875% (18-7-18) | A | Interest | | | Sold | 08/27/14 | K | A | |
| 111. Vale SA ADR pf. | A | Interest | | | Sold | 11/24/14 | J | A | |
| 112. Barrick Gold | A | Dividend | J | T | | | | | |
| 113. Alcoa stock | A | Dividend | | | Sold | 09/29/14 | K | E | |
| 114. Intel stock | A | Dividend | K | T | | | | | |
| 115. ABB Ltd. | A | Dividend | K | T | | | | | |
| 116. Valourec Usines | A | Dividend | | | Sold | 11/24/14 | K | A | |
| 117. Komatsu Ltd. | A | Dividend | J | T | | | | | |
| 118. Mosaic | A | Dividend | J | T | | | | | |
| 119. Sanofi Aventis | A | Dividend | | | Buy | 05/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Sanofi Aventis | A | Dividend | | | Sold | 11/24/14 | J | A | |
| 121. Mitsubishi Electric stock | A | Dividend | | | Buy | 09/24/14 | J | | |
| 122. Misubishi Electric stock | A | Dividend | | | Sold | 11/25/14 | J | A | |
| 123. Newcrest Mining | A | Dividend | | | Buy (add'l) | 09/12/14 | J | | |
| 124. Newcrest Mining | A | Dividend | | | Sold | 11/25/14 | J | A | |
| 125. UBS stock | A | Dividend | | | Buy | 07/15/14 | J | | |
| 126. UBS stock | A | Dividend | | | Sold | 12/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael H. Dolinger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544